# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SUSANVILLE/REDDING BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | VIOLATION NO. |
| ) | |
| Plaintiff, ) | **ORDER TO APPEAR** |
| ) | |
| vs. ) | |
| Karrn Elaine Kaplon ) | |
| ) | |
| Defendant. ) | |

YOU ARE HEREBY ORDERED to appear before a United States Magistrate Judge in Sacramento, California, at 501 I Street, in the Magistrate Courtroom on May 9, 2006 at 2:00 p.m. for further proceedings in the above entitled case.

YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant may be issued for your arrest.

Dated: 4-4-06

_Christy L. Pine_
Deputy Clerk for
U.S. Magistrate Judge Craig M. Kellison

cc:   Clerk, U.S. District Court
      Pat Mikel, U.S. Attorney's Office
      Lupe Hernandez, Federal Public Defender's Office

      Duty Magistrate Clerk