```
McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
KATE L. SCARBOROUGH
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2739
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-06-00007 CMK |
| ) | |
| Plaintiff, ) | MOTION TO DISMISS COMPLAINT |
| ) | WITHOUT PREJUDICE AND |
| v. ) | ORDER |
| ) | |
| KARIN ELAINE KAPLON, ) | DATE:    May 9, 2006 |
| ) | TIME:    2:00 p.m |
| Defendant. ) | JUDGE:   Hon. Gregory G. Hollows |
| _____) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing the above-entitled Complaint without prejudice.

///
///
///
///
///
///
///
///

1  The reason for the request for dismissal without prejudice is
2  because the government will re-file a Complaint charging all
3  Class B offenses in Redding, California.
4  DATED: April 20, 2006.

McGREGOR W. SCOTT
United States Attorney

By /s/Matthew C. Stegman
MATTHEW C. STEGMAN
Assistant U.S. Attorney

ORDER

IT IS SO ORDERED:

DATED: 4/25/06

/s/ Gregory G. Hollows
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge

kaplon.ord

2